CHARLES W. KNOWLES, Respondent, v. DAVID CALDERWOOD, Appellant.

No. 2374; November 29, 1859.

**Appeal.**—Where the **Statement is so Imperfect** that it is impossible to ascertain the merits, the judgment will be affirmed.

APPEAL from Fourth Judicial District, San Francisco County.

H. T. Love for respondent.

BALDWIN, J.—The statement for a new trial in this cause, if it could be regarded at all, is so imperfect that it is impossible for us to know whether the ruling of the court below was right or not; and all presumptions are in favor of its correctness.

Indeed, it is impossible from the account the record gives us of the case to ascertain what the merits of it are.

We must therefore affirm the judgment.

I concur: Cope, J.

OPINION ON REHEARING.

December 28, 1859.

BALDWIN, J.—We have looked again into the record. The statement is so imperfect that we can arrive at no intelligent opinion as to the real facts. For example, at page 12 of the transcript the paper says: "Add Col. James' testimony"; nothing is added. What Col. James' testimony was we do not know. It may have had a controlling influence on the judgment of the court. Other defects might be added, but this is enough.

The rehearing is refused.

I concur: Cope, J.